UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:24-CR-493 |
| | § | |
| ARTURO ALEMAN | § | |

## ORDER SETTING CONDITIONS OF RELEASE

On September 24, 2024, a detention hearing was held before this Court. At the hearing, counsel for both sides presented position on the relevant issues. The Court also reviewed the Pretrial Report.

Based on the record and the applicable law, the Court found that Aleman has demonstrated by clear and convincing evidence that a combination of conditions exists that will reasonably assure his appearance as required and the safety of the community. The Court finds that the conditions identified in this Order will reasonably assure his appearance as required and that the bond is not unreasonable under the provisions of the Bail Reform Act and the facts in this case.

As a result, under 18 U.S.C. § 3142, it is:

**ORDERED** that Defendant Arturo Aleman be released upon executing a personal recognizance bond and his compliance with the following conditions:

1. Aleman shall not violate any federal, state, or local laws while on bond.

2. Aleman shall be subject to pretrial supervision in the Southern District of Texas- McAllen Division.

3. Aleman shall not renew his passport or obtain travel documents to travel internationally.

4. Aleman shall maintain or actively seek employment and provide proof to the Probation Officer.

5. Aleman is restricted to travel within the Brownsville and McAllen divisions.

6. Aleman shall not travel to Mexico.

7. Alanis shall refrain from the unlawful use or possession of narcotic drug or other controlled substance unless prescribed a licensed medical practitioner.

8. Aleman shall not possess a firearm, destructive device, or other dangerous weapon. Within 30 days of this Order, Aleman must provide proof to the Probation Office that the firearms in his home have been removed.

9. Aleman shall avoid contact with any victim or potential victim in this case.

10. Aleman shall report any contact with law enforcement to the Probation Officer within 72 hours of such contact.

Signed on September 24, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge